JONI L. MARK *v.* HARRY MARK
(12827)

LAVERY, SCHALLER and HENNESSY, Js.

Argued June 1—decision released July 4, 1995

*Arnold H. Klau,* with whom, on the brief, was *Donald J. Cantor,* for the appellant (defendant).

*Robert J. Engelman,* with whom, on the brief, was *Lori Welch-Rubin,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.